**Order entered December 1, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00894-CV

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant**

**V.**

**JOSEPH MCRAE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04163**

## ORDER

We **GRANT** appellant's November 21, 2014 unopposed second motion for an extension

of time to file a reply brief.  Appellant shall file a reply brief by January 15, 2015.


/s/       ELIZABETH LANG-MIERS
JUSTICE